IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

VIVIAN BUSHONG,

    Plaintiff,

v.

DELAWARE CITY SCHOOL DISTRICT,

    Defendant.

Case No. 2:06-cv-1015

JUDGE EDMUND A. SARGUS, JR.

MAGISTRATE JUDGE TERENCE P. KEMP

### ORDER

The Court hereby **ORDERS** that Plaintiff may file a proposed amended complaint on or before December 9, 2009. All discovery shall be completed by March 24, 2010, and dispositive motions, if any, must be filed on or before April 15, 2010.

The Final Pretrial Conference and Trial, currently set for December 29, 2009 and January 11, 2010, respectively, are hereby **VACATED**. The Trial shall be set for August 9, 2010 by separate Order.

**IT IS SO ORDERED.**

11-24-2009

DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE