IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

VIVIAN BUSHONG,

    Plaintiff,

v.

DELAWARE CITY SCHOOL DISTRICT,

    Defendant.

Case No. 2:06-cv-1015

JUDGE EDMUND A. SARGUS, JR.

MAGISTRATE JUDGE TERENCE P. KEMP

### ORDER

In light of the Court's Order dated November 24, 2009 and Plaintiff's filing of an amended complaint on December 9, 2009, the Court hereby **DENIES** as moot Defendant's second motion to dismiss for failure to prosecute (Document 58) and Plaintiff's motion to stay (Document 59).

**IT IS SO ORDERED.**

1-11-2010

DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE